IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

**SAM FRIEDENBERG, et al,**

    Plaintiffs,

v.

**UNITED STATES OF AMERICA**

    Defendant.

Civ. No. 6:18-cv-00177-MK

**OPINION & ORDER**

AIKEN, District Judge:

According to the Mandate of the United States Court of Appeals for the Ninth Circuit, ECF No. 99, and for the reasons stated in the court's Opinion, ECF No. 97, the United States is SUBSTITUTED as the proper defendant in this case. Defendants Lane County; Lane County Mental Health, also known as Lane County Behavioral Health; Carla Ayers; Erik Morris; Frances Freund; and Julie Riutzel are TERMINATED as defendants in this case. Further, this case shall proceed as one arising under the Federal Torts Claims Act, 28 U.S.C. §§ 2671–2680.

IT IS SO ORDERED
and Dated this 20th Day of October, 2023.

        /s/Ann Aiken
        Ann Aiken
    United States District Judge

Page 1 – OPINION AND ORDER